```
      IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF ARKANSAS
                WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO. 4:01CR00212-015 SWW

ANTONIO VERSHON RANDOLPH


### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #963] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of SIX (6) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Forrest City, Arkansas.

There will be TWO (2) YEARS of supervised release following the term of incarceration with the following conditions:

   1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment. The Court noted that defendant was displaying symptoms of alcohol withdrawal.

   2. Defendant shall serve the first THREE (3) MONTHS of supervised release in a residential reentry center under the guidance and direction of the U. S. Probation Office.

The defendant is ordered to report to the United States Marshal's Office on **Monday, March 16, 2009 by noon** for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 24th day of February 2009.

/s/Susan Webber Wright
United States District Judge